**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-8170**

———————————

GREGORY T. WINDLEY,

                    Petitioner – Appellant,

          v.

AJ PADULA,

                    Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Timothy M. Cain, District Judge.
(1:11-cv-02304-TMC)

———————————

Submitted:  April 18, 2013          Decided:  April 22, 2013

———————————

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gregory T. Windley, Appellant Pro Se.  Melody Jane Brown,
Assistant  Attorney  General,  Donald  John  Zelenka,  Senior
Assistant  Attorney  General,  Columbia,  South  Carolina,  for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory T. Windley seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on September 27, 2012. The notice of appeal was filed on December 21, 2012. Because Windley failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2